KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

**IN RE COMBINED WORLD TRADE CENTER**          21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
-----------------------------------------------------------------------X

**JAVIER MUNOZ and JANETH MUNOZ,**          **DOCKET NO.:**
                                             **08 CV 2666**

                    **Plaintiffs,**

          -against-

**100 CHURCH, LLC, AMBIENT GROUP, INC.,**
**BLUE MILLENNIUM REALTY LLC., CENTURY**
**21 INC., CITY OF NEW YORK, CUNNINGHAM DUCT**
**CLEANING CO. INC., GPS ENVIRONMENTAL**          **NOTICE OF**
**CONSULTANTS, INC., GRUBB & ELLIS**              **APPEARANCE**
**MANAGEMENT SERVICES, INDOOR**
**ENVIRONMENTAL TECHNOLOGY, INC.,**
**LAW ENGINEERING, P.C., MERRILL LYNCH & CO.,**
**INC., ROYAL AND SUNALLIANCE INSURANCE**
**GROUP, PLC., TRC ENGINEERS, INC.,**
**AND ZAR REALTY MANAGEMENT,**

                    **Defendants.**

-----------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

          Enter my appearance as counsel in this case for:

          **CUNNINGHAM DUCT WORK s/h/i/a**
          **CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
      April 22, 2008

                    Kevin G. Horbatiuk
                    Kevin G. Horbatiuk (KGH4977)
                    Matthew P. Mazzola (MM-7427)
                    Attorneys for Defendant
                    **CUNNINGHAM DUCT WORK s/h/i/a**
                    **CUNNINGHAM DUCT CLEANING CO., INC.**
                    RUSSO, KEANE & TONER, LLP
                    26 Broadway, 28th Floor
                    New York, New York 10004
                    (212) 482-0001
                    RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiffs
        **JAVIER MUNOZ and JANETH MUNOZ**
        115 Broadway - 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 22nd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JAVIER MUNOZ and JANETH MUNOZ**
115 Broadway 12th Floor
New York, New York 10006

**KEVIN G. HORBATIUK**