UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102(AKH) |
| JAVIER MUNOZ, (AND WIFE, JANETH MUNOZ), Plaintiff(s), -against- 100 CHURCH LLC, et al., Defendants. | 08CV2665(AKH) NOTICE OF ADOPTION BY CENTURY 21 DEPARTMENT STORE LLC OF ANSWER TO MASTER COMPLAINT |

**PLEASE TAKE NOTICE** that defendant **CENTURY 21 DEPARTMENT STORE LLC** (hereinafter "Century 21 Dep't Store"), as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, herein adopt Century 21 Dep't Store's Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

**WHEREFORE**, Century 21 Dep't Store demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated:  New York, New York
        April 24, 2008

> **HARRIS BEACH PLLC**
> *Attorneys for Defendant*
> CENTURY 21 DEPARTMENT STORE LLC
>
> _____/s/_____
> Stanley Goos, Esq.  (SG 7062)
> 100 Wall Street, 23rd Floor
> New York, New York 10005
> (212) 687-0100

TO:

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279
*Liaison Counsel for Plaintiff*

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
*Liaison Counsel for Plaintiff*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
*Liaison Counsel for the Defendants*

**All Counsel via ECF**

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 24, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Notice of Adoption by Century 21 Department Store LLC of Answer to Master Complaint.

Dated: April 24, 2008

/s/
Stanley Goos, Esq. (SG 7062)