UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION                                    21MC102(AKH)

JAVIER MUNOZ, (AND WIFE, JANETH MUNOZ,                                    08CV2666(AKH)

                      Plaintiff(s),                    **NOTICE OF APPEARANCE**

    -against-

100 CHURCH LLC, et al.,

                      Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
            May 14, 2008

                                                        Yours etc.,

                                                        HARRIS BEACH PLLC
                                                        *Attorneys for Defendant*
                                                        **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

                                                        _____/s/_____
                                                        Stanley Goos, Esq. (SG-7062)
                                                       100 Wall Street
                                                       New York, NY  10005
                                                       212 687-0100
                                                       212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 14, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

    1.    100 Church and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp. Notice of Appearance

Dated: May 14, 2008

                                              /s/
                                  Stanley Goos, Esq. (SG 7062)