Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| JAVIER MUNOZ, ET. AL., | INDEX NO.: 08-CV- 02666 (AKH) |
| Plaintiffs, | |
| -against- | **NOTICE OF APPEARANCE** |
| 100 CHURCH, LLC, ET. AL., | **ELECTRONICALLY FILED** |
| Defendants. | |

COUNSELOR:

    PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys,

McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears in the above-entitled action, and

that the undersigned have been retained as attorneys for said defendant and demand that copies of

all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
        June 10, 2008

                              Yours etc.,

                              McElroy, Deutsch, Mulvaney & Carpenter, LLP

*Attorneys for Defendant*
*Ambient Group, Inc.*


By:     s/  John P. Cookson
              Richard S. Mills (RM-0206)
              John P. Cookson (JPC-9391)
              Wall Street Plaza
              88 Pine Street, 24th Floor
              New York, New York 10005
              (212) 483.9490


TO:    Worby Groner Edelman & Napoli Bern, LLP
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267.3700

       Gregory J. Cannata, Esq.
       Robert A. Grochow, Esq.
       233 Broadway, 5th Floor
       New York, New York 10279
       (212) 553.9206

       James E. Tyrrell, Jr., Esq.
       Patton Boggs LLP
       One Riverfront Plaza
       Newark, New Jersey 07102
       (973) 848.5600

       Thomas A. Egan, Esq.
       Fleming Zulack Williamson Zauderer, LLP
       One Liberty Plaza
       New York, New York 10006-1404
       (212) 412.9500

### <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on the 10th day of June 2008, I electronically filed the foregoing NOTICE OF APPEARANCE BY DEFENDANT AMBIENT GROUP, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.


McElroy, Deutsch, Mulvaney & Carpenter LLP

By:  s/  John P. Cookson
          Richard S. Mills (RM-0206)
          John P. Cookson (JPC-9391)
          *Attorneys for Defendant*
          *Ambient Group, Inc.*
          Wall Street Plaza
          88 Pine Street, 24th Floor
          New York, New York 10005
          (212) 483-9490